# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALEDA H. MCNEILL,

      Plaintiff,

v.                                                 Case No:   6:24-cv-02345-CEM-LHP

MARRIOT INTERNATIONAL, INC.,

      Defendant

---

## ORDER

Before the Court is Defendant Marriott International, Inc.'s Motion to Quash Service of Process, Set Aside Clerk's Default, and Incorporated Memorandum of Law.  Doc. No. 16.  Plaintiff has responded.  Doc. No. 18.  And since filing the Motion, Defendant has withdrawn its request to quash service and proceeds only on its motion to set aside the Clerk's default.  Doc. No. 20.

Upon consideration, and based on the parties' filings, Doc. Nos. 16, 18, 20,[1] the Court finds good cause to set aside the Clerk's default.  *See* Fed. R. Civ. P. 55(c);

---

[1] According to the Motion, Plaintiff opposed only the request to quash service and not the request to set aside the Clerk's default.  Doc. No. 16, at 6.  The Court also notes Plaintiff's representations that it was "unfortunate the parties were unable to stipulate . . . to . . . setting aside the default," and that Plaintiff "is ready to begin litigation of her claims."  Doc. No. 18.  Defendant, for its part, has now agreed to respond to the complaint "so that

*Perez v. Wells Fargo N.A.*, 774 F.3d 1329, 1339, 1342 (11th Cir. 2014) (noting strong policy in favor of resolving cases on the merits and that defaults are viewed with disfavor); *Compania Interamericana Export-Import, S.A. v. Compania Dominicana de Aviacion*, 88 F.3d 948, 951 (11th Cir. 1996) ("good cause" is a liberal standard).

Accordingly, Defendant's Motion (Doc. No. 16) is **GRANTED in part**, to the extent that the Clerk of Court is **DIRECTED** to **VACATE** the default entered against Defendant (Doc. No. 14). Defendant shall respond to the complaint within **thirty (30) days** of this Order. *See* Doc. No. 20. Defendant's Motion (Doc. No. 16) is **DENIED in all other respects**. This Order does not speak to any forthcoming motions to amend/amendments to the complaint by Plaintiff. *See* Doc. No. 20.

**DONE** and **ORDERED** in Orlando, Florida on February 24, 2025.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

this matter may proceed on the merits." Doc. No. 20.